# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No.4:08CR358SNL/MLM |
| JEFFREY LAMAR CRAWFORD, | ) | |
| Defendant. | ) | |

## ORDER

After receiving and carefully reviewing the objections to the United States Magistrate Judge's Report and Recommendation (#45), filed January 20, 2009,

**IT IS HEREBY ORDERED** that United States Magistrate Judge Mary L. Medler's Report and Recommendation (#44), filed January 9, 2009, is **SUSTAINED, ADOPTED** and **INCORPORATED** herein. Upon review of the Magistrate Judge's Report and Recommendation, and the evidentiary hearing transcript, as well as relevant caselaw, the Court concurs with the Magistrate Judge's findings and recommendation.

**IT IS FINALLY ORDERED** that defendant's motion to suppress evidence and statements (#18) be and is **DENIED.**

Dated this __26th__ day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE